IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOY HURT, on behalf of herself
and all others similarly situated                                    PLAINTIFF

v.                              No. 3:17-cv-315-DPM

SHELL OIL COMPANY, d/b/a
Shell Chemical Company; and
CELANESE CORPORATION                                            DEFENDANTS

## ORDER

For the reasons stated on the record at the 6 July 2018 hearing, the Defendants' joint motion, № 35, is granted. The Court will dismiss Hurt's claims with prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

6 July 2018