IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOY HURT, on behalf of herself
and all others similarly situated                                    PLAINTIFF

v.                          No. 3:17-cv-315-DPM

SHELL OIL COMPANY, d/b/a
Shell Chemical Company; and
CELANESE CORPORATION                                       DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

6 July 2018